UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD PARDUE and<br>GLOBAL SALVAGE NETWORK LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLEN KEEN,<br>THE SALVAGE GROUP, INC., LARRY HANDSHOE, and HANDSHOE'S FLEA MARKET, LLC,<br><br>    Defendants. | Case No. 1:19-cv-01578-RLY-TAB |
| ALLEN KEEN,<br><br>    Defendant/Counterclaim Plaintiff/Crossclaim Plaintiff,<br><br>v.<br><br>RICHARD PARDUE and<br>GLOBAL SALVAGE NETWORK LLC,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>and<br><br>RICHARD PARDUE,<br>DONNA WYSS, and<br>SALVAGE CONNECTIONS, LLC,<br><br>    Crossclaim Defendants. | |

**JOINT STIPULATION OF DISMISSAL**

Richard Pardue, Global Salvage Network LLC, Donna Wyss, and Salvage Connections, LLC, by counsel, Allen Keen and The Salvage Group, Inc., also by counsel, and Larry Handshoe


and Handshoe's Flea Market, also by counsel, hereby stipulate to the dismissal <u>with prejudice</u> of all claims filed in this action in their entirety, with each of the parties to bear its or his own costs, including attorneys' fees.

    Respectfully submitted,

/s/ *John J. Morse*
John J. Morse
MORSE & BICKEL, P.C.
Morse@MorseBickel.com

*Attorneys for Richard Pardue, Global Salvage Network LLC, Donna Wyss, and Salvage Connections, LLC*

/s/ *James A. Piatt*
Joseph N. Williams
James A. Piatt, Riley
WILLIAMS & PIATT, LLC
jwilliams@rwp-law.com
jpiatt@rwp-law.com

*Attorneys for Allen Keen and The Salvage Group, Inc.*

/s/ *E. Brenda Kpotufe*
E. Brenda Kpotufe
Sean P. Burke
MATTINGLY BURKE COHEN & BIEDERMAN LLP
Brenda.Kpotufe@mbcblaw.com
Sean.Burke@mbcblaw.com

*Attorneys for Larry Handshoe and Handshoe's Flea Market*

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on this 2nd day of October, 2020, a copy of the above and foregoing document was filed electronically. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            */s/ John J. Morse*  
                                            John J. Morse