UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

RICHARD PARDUE and
GLOBAL SALVAGE NETWORK LLC,

        Plaintiffs,

v.

ALLEN KEEN,
THE SALVAGE GROUP, INC., LARRY
HANDSHOE, and HANDSHOE'S FLEA
MARKET, LLC,

        Defendants.

Case No. 1:19-cv-01578-RLY-TAB

ALLEN KEEN,

        Defendant/Counterclaim
        Plaintiff/Crossclaim Plaintiff,

v.

RICHARD PARDUE and
GLOBAL SALVAGE NETWORK LLC,

        Plaintiffs/Counterclaim
        Defendants,

and

RICHARD PARDUE,
DONNA WYSS, and
SALVAGE CONNECTIONS, LLC,

        Crossclaim Defendants.

## <u>ORDER DISMISSING LAWSUIT</u>

       The Court, having considered the Joint Stipulation of Dismissal submitted by all parties to

this cause, finds that the Stipulation should be approved.

IT IS THEREFORE ORDERED that all claims filed in this action are hereby dismissed with prejudice, with each of the parties to bear its or his own costs, including attorneys' fees.

Dated:    10/05/2020

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**Distribution:**
Distributed to all counsel of record through the Court's CM/ECF system.

2